## GOLD CROWDER V. THE STATE.

No. 9881. Delivered February 17, 1926.

**Manufacturing Intoxicating Liquor—No Statement of Facts—No Bill of Exception.**

This record is without a bill of exception nor any authenticated statement of facts, and no fundamental error being apparent, the judgment is affirmed.

Appeal from the District Court of Titus County. Tried below before the Hon. R. T. Wilkinson, Judge.

Appeal from a conviction for manufacturing intoxicating liquor, penalty one year in the penitentiary.

No brief filed for appellant.

*Sam D. Stinson,* State's Attorney, and *Nat Gentry, Jr.,* Assistant State's Attorney, for the State.

MORROW, PRESIDING JUDGE.—The offense is the unlawful possession of mash for the manufacture of intoxicating liquor; punishment fixed at confinement in the penitentiary for one year.

The record reveals no complaint of the procedure; nor do we find any authenticated statement of the evidence.

The judgment is affirmed.

*Affirmed.*